UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| ST. JAMES WELLNESS REHAB & VILLAS, LLC,<br><br>    Third-Party Plaintiff,<br><br>v.<br><br>TRILOGY REHAB SERVICES, LLC,<br><br>    Third-Party Defendant. | Civil Action No. 3:23-CV-412-CHB<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

This matter is before the Court on Third-Party Plaintiff St. James Wellness Rehab & Villas, LLC's Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i), [R. 20], of each of its claims against Third-Party Defendant Trilogy Rehab Services, LLC.

Accordingly, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 7th day of November, 2023.

*[Signature: Claria Horn Boom]*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:    Counsel of Record